| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| DISTRICT OF COLORADO |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | Debtor's name | **Rio Construction Services, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 45-3574630 |

| | | |
| --- | --- | --- |
| 4. | Debtor's address | **Principal place of business** |

**P.O. Box 598**
**Brighton, CO 80601**
Number, Street, City, State & ZIP Code

**Adams**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
| --- | --- | --- |
| 5. | Debtor's website (URL) | |

| | | |
| --- | --- | --- |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership<br>☐ Other. Specify: _____ |

Debtor    **Rio Construction Services, LLC**          Case number (*if known*) _____
          Name

---

**7. Describe debtor's business**

     A. *Check one:*

        ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

        ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

        ☐ Railroad (as defined in 11 U.S.C. § 101(44))

        ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

        ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

        ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

        ■ None of the above

     B. *Check all that apply*

        ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

        ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

        ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

     C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
        See http://www.naics.com/search/. _____

---

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

     *Check one:*

        ☐ Chapter 7

        ☐ Chapter 9

        ■ Chapter 11. *Check all that apply:*

              ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

              ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

              ☐ A plan is being filed with this petition.

              ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

              ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

              ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

        ☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

     ■ No.

     ☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District _____ | | When _____ | | Case number _____ | |
| District _____ | | When _____ | | Case number _____ | |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

     ■ No

     ☐ Yes.

| Debtor _____ | | | Relationship to you _____ |
|---|---|---|---|
| District _____ | | When _____ | Case number, if known _____ |

---

Debtor     **Rio Construction Services, LLC**                     Case number (*if known*) _____
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
           Name

---

**11.** **Why is the case filed in** *Check all that apply:*
**this district?**

�*Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.*

☐ *A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.*

---

**12.** **Does the debtor own or** ■ **No**
**have possession of any**
**real property or personal** ☐ **Yes.** Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**
                    **Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

         Contact name       _____

         Phone               _____

---

■ **Statistical and administrative information**

---

**13.** **Debtor's estimation of**       *Check one:*
**available funds**

☐■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of**
**creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Rio Construction Services, LLC**                           Case number (if known) _____
          Name

| | **Request for Relief, Declaration, and Signature** |

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **4-4-2016**
              MM / DD / YYYY

X _____      **Fabian Marin**
Signature of authorized representative of debtor      Printed name

Title   **Manager**

**18. Signature of attorney**

X _____      Date   **4-4-2016**
Signature of attorney for debtor                      MM / DD / YYYY

**Aaron A. Garber**
Printed name

**Kutner Brinen Garber, P.C.**
Firm name

**1660 Lincoln Street, Suite 1850**
**Denver, CO 80264**
Number, Street, City, State & ZIP Code

Contact phone   **303-832-2400**      Email address _____

**36099**
Bar number and State

8:01 AM
04/02/16
Cash Basis

# Rio Construction Services
## Profit & Loss
### January through December 2015

|  | Jan - Dec 15 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Gross Trucking Income | 924,426.16 |
| **Total Income** | 924,426.16 |
| **Cost of Goods Sold** | |
| Fuel for Equipment | 80,849.20 |
| **Travel Expenses for Drivers** | |
| Hotel | 1,495.95 |
| Travel Expenses for Drivers - Other | 709.16 |
| **Total Travel Expenses for Drivers** | 2,205.11 |
| **Total COGS** | 83,054.31 |
| **Gross Profit** | 841,371.85 |
| **Expense** | |
| Advertisement & Billboards | 492.18 |
| **Automobile Expense** | |
| Carwash | 101.63 |
| Parts | 84,863.16 |
| Repairs | 783.00 |
| Tires | 5,187.60 |
| Automobile Expense - Other | 43,188.85 |
| **Total Automobile Expense** | 134,124.24 |
| Bank Fees | 2,107.40 |
| Charitable Donations | 100.00 |
| Credit Card | 8,731.08 |
| Equipment | 12,014.88 |
| Insurance Expense | 69,246.24 |
| Internet Expense | 4,426.03 |
| Loan | 49,098.32 |
| Meals and Entertainment | 3,366.28 |
| Medical | 1,130.00 |
| Office Supplies | 5,469.53 |
| OSHA | 2,350.00 |
| Owner Draw | 15,704.86 |
| Parking | 13,372.14 |
| Payroll Expenses | 417,195.68 |
| Permits & Licenses | 7,184.39 |
| Postage & Shipping | 422.57 |
| Professional Fees | 3,851.67 |
| Registration | 1,558.42 |
| Rent Expense | 19,650.00 |
| Repairs and Maintenance | 6,662.31 |
| Subcontractor | 85,355.48 |
| Supplies | 4,009.68 |
| Taxes | 14,628.37 |
| Telephone Expense | 5,261.68 |
| Tolls | 592.30 |
| Training | 445.00 |
| Unidentified Expense | 58,553.65 |
| Utilities | 1,131.64 |
| **Total Expense** | 948,236.02 |
| **Net Ordinary Income** | -106,864.17 |
| **Net Income** | -106,864.17 |

1:29 PM
11/10/15
Cash Basis

# Rio Construction Services
## Balance Sheet
### As of October 31, 2015

|  | Oct 31, 15 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| First National Bank | 186,950.00 |
| **Total Checking/Savings** | 186,950.00 |
| **Total Current Assets** | 186,950.00 |
| **Fixed Assets** | |
| 1993 Peterbilt Tr#501 | 62,500.00 |
| 1995 KW Dt RC02 | 45,000.00 |
| 1995 Peterbilt TT 379 #503 | 43,500.00 |
| 1995 Peterbilt TT379 #504 | 46,500.00 |
| 1995 Peterbilt TT503 | 45,000.00 |
| 1995 STR TL Trailer Van | 5,000.00 |
| 1995 TR RC #07 | 45,000.00 *— Leased - Returned - Aug - 15* |
| 1997 Doom TR Drop Deck | 17,500.00 |
| 1997 KW TT 06 | 40,000.00 |
| 2000 KW TK RC 01 | 49,000.00 *— Blown Engine ~ Transmission* |
| 20014 Gooseneck Trailer 40' | 15,000.00 *— Leased- Returned - Last Aug - 2015* |
| 2003 Ford PK F350 | 20,000.00 *— Sold Sept - 2015* |
| 2003 LTDL FTL Goosneck | 7,000.00 |
| 2004 KW TT | 40,000.00 |
| 2004 KW TT 0490 | 40,000.00 |
| 2004 KW TT 528 | 40,000.00 |
| 2004 TRL UT2 TL Flatbed | 5,500.00 |
| 2005 Ford F 250 PK | 25,000.00 *— Sold - June - 2015* |
| 2006 Ranco TL Belly Dump | 28,000.00 |
| 2007 Peterbilt TT 379 | 175,000.00 |
| 2013 Ford F250 PK | 60,000.00 |
| 2013 Ranco TL UT2 Belly Dump | 35,000.00 |
| 2013 Trlr Jet Side Dump | 50,000.00 |
| 2014 Mana TL UT2 Belly Dump | 40,000.00 |
| 2014 RAM 1500 9147 | 46,842.00 |
| 2014 RAM 1500 9148 | 46,942.00 |
| 2014 RAM 1500 PK | 46,924.00 |
| 2014 TRLR TL BD UT2 Belly D2 | 40,000.00 |
| 2014 TRLR TL BD UT2 Belly Dump | 40,000.00 |
| Fixed Asset Accum Depreciation | 77,487.00 |
| Kubota Excavator | 70,295.00 |
| Kubota Excavator 25227 | 70,295.00 |
| Kubota Excavator 25371 | 70,295.00 |
| Kubota Excavator 25405 | 70,295.00 |
| Volvo Excavator | 159,000.00 *— Returned last Summer 2015* |
| **Total Fixed Assets** | 1,717,975.00 |
| **TOTAL ASSETS** | **1,904,925.00** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| Payroll Liabilities | 5,965.04 |
| **Total Other Current Liabilities** | 5,965.04 |
| **Total Current Liabilities** | 5,965.04 |
| **Long Term Liabilities** | |
| Ally Ford F250 | 36,100.00 |
| Chrysler Finance | 150,000.00 |
| Kubota Finance | 235,000.00 |
| Park Western | 55,000.00 |
| Valley Bank | 195,000.00 |
| **Total Long Term Liabilities** | 671,100.00 |
| **Total Liabilities** | 677,065.04 |

1:29 PM

11/10/15
Cash Basis

# Rio Construction Services
## Balance Sheet
### As of October 31, 2015

|  | Oct 31, 15 |
|---|---|
| **Equity** |  |
| Opening Balance Equity | 1,046,875.00 |
| Retained Earnings | -7,833.16 |
| Net Income | 188,818.12 |
| **Total Equity** | 1,227,859.96 |
| **TOTAL LIABILITIES & EQUITY** | 1,904,925.00 |

Form **1120S**

U.S. Income Tax Return for an S Corporation

OMB No. 1545-0123

Department of the Treasury
Internal Revenue Service

▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
▶ Information about Form 1120S and its separate instructions is at www.irs.gov/form1120s.

**2014**

For calendar year 2014 or tax year beginning _____ , 2014, ending _____ , 20 _____

| | | |
|---|---|---|
| **A** S election effective date<br>01-01-2012 | **TYPE OR PRINT** | **Name** RIO CONSTRUCTION SERVICES LLC |
| **B** Business activity code<br>number (see instructions)<br>238900 | | **Number, street, and room or suite no. If a P.O. box, see instructions.** PO BOX 598 |
| **C** Check if Sch. M-3<br>attached ☐ | | **City or town, state or province, country, and ZIP or foreign postal code** BRIGHTON   CO  80601 |

**D** Employer identification number  45-3574630
**E** Date incorporated  09-28-2011
**F** Total assets (see instructions)  $  281,002

**G** Is the corporation electing to be an S corporation beginning with this tax year?  ☐ Yes  ☒ No   If "Yes," attach Form 2553 if not already filed
**H** Check if:  (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change  (4) ☐ Amended return  (5) ☐ S election termination or revocation
**I** Enter the number of shareholders who were shareholders during any part of the tax year · · · · · · · · · · · ▶  1

**Caution.** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| Income | | | | |
|---|---|---|---|---|
| | **1a** Gross receipts or sales | **1a** | 1,267,009 | |
| | **b** Returns and allowances | **1b** | | |
| | **c** Balance. Subtract line 1b from line 1a | | **1c** | 1,267,009 |
| | **2** Cost of goods sold (attach Form 1125-A) | | **2** | |
| | **3** Gross profit. Subtract line 2 from line 1c | | **3** | 1,267,009 |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | **4** | |
| | **5** Other income (loss) (see instructions - attach statement) | | **5** | |
| | **6** **Total income (loss).** Add lines 3 through 5 · · · · · · · · · · ▶ | | **6** | 1,267,009 |

| Deductions (see instructions for limitations) | | | | |
|---|---|---|---|---|
| | **7** Compensation of officers (see instructions - attach Form 1125-E) | | **7** | |
| | **8** Salaries and wages (less employment credits) | | **8** | |
| | **9** Repairs and maintenance | | **9** | |
| | **10** Bad debts | | **10** | |
| | **11** Rents | | **11** | 17,066 |
| | **12** Taxes and licenses | | **12** | |
| | **13** Interest | | **13** | |
| | **14** Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | **14** | 227,008 |
| | **15** Depletion (**Do not deduct oil and gas depletion.**) | | **15** | |
| | **16** Advertising | | **16** | 1,378 |
| | **17** Pension, profit-sharing, etc., plans | | **17** | |
| | **18** Employee benefit programs | | **18** | |
| | **19** Other deductions (attach statement) · · · · · · · · · · Statement #2 | | **19** | 1,011,887 |
| | **20** **Total deductions.** Add lines 7 through 19 · · · · · · · · · · ▶ | | **20** | 1,257,339 |
| | **21** **Ordinary business income (loss).** Subtract line 20 from line 6 | | **21** | 9,670 |

| Tax and Payments | | | | |
|---|---|---|---|---|
| | **22a** Excess net passive income or LIFO recapture tax (see instructions) · · · | **22a** | | |
| | **b** Tax from Schedule D (Form 1120S) | **22b** | | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes) | | **22c** | |
| | **23a** 2014 estimated tax payments and 2013 overpayment credited to 2014 | **23a** | | |
| | **b** Tax deposited with Form 7004 | **23b** | | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) | **23c** | | |
| | **d** Add lines 23a through 23c | | **23d** | |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached · · · · · ▶ ☐ | | **24** | |
| | **25** Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | **25** | |
| | **26** Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | **26** | |
| | **27** Enter amount from line 26 Credited to 2015 estimated tax ▶ _____  Refunded ▶ | | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

FABIAN MARIN                   06-22-2015    PRESIDENT
Signature of officer           Date          Title

May the IRS discuss this return with the preparer shown below (see instructions)?  ☐ Yes  ☒ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| D L leon | D L leon | 06-22-2015 | | P00288327 |

Firm's name  ▶ DE Associates Inc                Firm's EIN ▶ 46-3300954
Firm's address ▶ 992 S 4th Avenue Ste 100 114    Phone no.
                 Brighton CO 80601                            (303)659-3987

For Paperwork Reduction Act Notice, see separate instructions.

Form **1120S** (2014)

EEA

Form 1120S (2014)   RIO CONSTRUCTION SERVICES LLC   45-3574630   Page **2**

| **Schedule B** | **Other Information** (see instructions) | | | | Yes | No |
|---|---|---|---|---|---|---|

**1** Check accounting method:   **a** ☒ Cash   **b** ☐ Accrual

    **c** ☐ Other (specify) ▶ _____

**2** See the instructions and enter the:

   **a** Business activity   ▶CONSTRUCTION _____ **b** Product or service   ▶ CONSTRUCTION

**3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation · · · · · · · ·

**4** At the end of the tax year, did the corporation:

   **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | X

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

   **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below · · · · · · · · · | | X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**5 a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? · · · · · · · · · · · · ·

    If "Yes," complete lines (i) and (ii) below.

    **(i)** Total shares of restricted stock · · · · · · · · · · · · · ▶ _____

    **(ii)** Total shares of non-restricted stock · · · · · · · · · · ▶ _____

   **b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? · · · · ·

    If "Yes," complete lines (i) and (ii) below.

    **(i)** Total shares of stock outstanding at the end of the tax year · · · · · · ▶ _____

    **(ii)** Total shares of stock outstanding if all instruments were executed · · · · ▶ _____

**6** Has this corporation filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction?

**7** Check this box if the corporation issued publicly offered debt instruments with original issue discount · · · · · · · · · · ▶☐

    If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments.

**8** If the corporation: (a) was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation and (b) has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see instructions) · · · · · · · · · · · · · · · · · · · · · · · · · · $ _____

**9** Enter the accumulated earnings and profits of the corporation at the end of the tax year.    $ _____

**10** Does the corporation satisfy **both** of the following conditions?

   **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000 · · · · · · · · · ·

   **b** The corporation's total assets at the end of the tax year were less than $250,000 · · · · · · · · · · · · · · · | | X

    If "Yes," the corporation is not required to complete Schedules L and M-1.

**11** During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? · · · · · · · · · · · · · · · · · · · · · · · ·

    If "Yes," enter the amount of principal reduction    $ _____

**12** During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions · · · · · ·

**13 a** Did the corporation make any payments in 2014 that would require it to file Form(s) 1099? · · · · · · · · · · · · · · ·

   **b** If "Yes," did the corporation file or will it file required Forms 1099? · · · · · · · · · · · · · · · · · · · · · · · ·

EEA

Form **1120S** (2014)

Form 1120S (2014)    RIO CONSTRUCTION SERVICES LLC                45-3574630        Page **3**

| | Schedule K | **Shareholders' Pro Rata Share Items** | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21) | 1 | 9,670 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a | Other gross rental income (loss) ..... 3a | | |
| | b | Expenses from other rental activities (attach statement) ..... 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 | Interest income | 4 | |
| | 5 | Dividends: a Ordinary dividends | 5a | |
| | | b Qualified dividends ..... 5b | | |
| | 6 | Royalties | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | 8a | |
| | b | Collectibles (28%) gain (loss) ..... 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement) ..... 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| | 10 | Other income (loss) (see instructions)  · Type ▶ | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) | 11 | |
| | 12a | Charitable contributions · · · · · · · · · · · · · Statement #9 | 12a | 500 |
| | b | Investment interest expense | 12b | |
| | c | Section 59(e)(2) expenditures   (1) Type ▶        (2) Amount ▶ | 12c(2) | |
| | d | Other deductions (see instructions)  · Type ▶ | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) | 13a | |
| | b | Low-income housing credit (other) | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468 if applicable) | 13c | |
| | d | Other rental real estate credits (see instructions)  · Type ▶ | 13d | |
| | e | Other rental credits (see instructions)  · Type ▶ | 13e | |
| | f | Biofuel producer credit (attach Form 6478) | 13f | |
| | g | Other credits (see instructions)  · · · · · · · · Type ▶ | 13g | |
| **Foreign Transactions** | 14a | Name of country or U.S. possession  ▶ | | |
| | b | Gross income from all sources | 14b | |
| | c | Gross income sourced at shareholder level | 14c | |
| | | Foreign gross income sourced at corporate level | | |
| | d | Passive category | 14d | |
| | e | General category | 14e | |
| | f | Other (attach statement) | 14f | |
| | | Deductions allocated and apportioned at shareholder level | | |
| | g | Interest expense | 14g | |
| | h | Other | 14h | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | i | Passive category | 14i | |
| | j | General category | 14j | |
| | k | Other (attach statement) | 14k | |
| | | Other information | | |
| | l | Total foreign taxes (check one):  ▶  ☐ Paid ☐ Accrued | 14l | |
| | m | Reduction in taxes available for credit (attach statement) | 14m | |
| | n | Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment | 15a | 28,025 |
| | b | Adjusted gain or loss | 15b | |
| | c | Depletion (other than oil and gas) | 15c | |
| | d | Oil, gas, and geothermal properties - gross income | 15d | |
| | e | Oil, gas, and geothermal properties - deductions | 15e | |
| | f | Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income | 16a | |
| | b | Other tax-exempt income | 16b | |
| | c | Nondeductible expenses | 16c | 943 |
| | d | Distributions (attach statement if required) (see instructions) | 16d | |
| | e | Repayment of loans from shareholders | 16e | |

EEA

Form **1120S** (2014)

Form 1120S (2014)  RIO CONSTRUCTION SERVICES LLC  45-3574630  Page **4**

| Schedule K | | Shareholders' Pro Rata Share Items (continued) | | | | Total amount | |
|---|---|---|---|---|---|---|---|
| **Other Information** | 17 a | Investment income | | | 17a | | |
| | b | Investment expenses | | | 17b | | |
| | c | Dividend distributions paid from accumulated earnings and profits | | | 17c | | |
| | d | Other items and amounts (attach statement) | | | | | |
| **Recon-ciliation** | 18 | **Income/loss reconciliation. Combine** the amounts in lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | | | 18 | 9,170 | |

| Schedule L | | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|---|
| | | Assets | (a) | (b) | (c) | (d) |
| 1 | | Cash | | 25,725 | | 23,654 |
| 2 a | | Trade notes and accounts receivable | 241,000 | | 0 | |
| | b | Less allowance for bad debts | ( 0 ) | 241,000 | ( 156,321 ) | (156,321) |
| 3 | | Inventories | | | | |
| 4 | | U.S. government obligations | | | | |
| 5 | | Tax-exempt securities (see instructions) | | | | |
| 6 | | Other current assets (attach statement) | | | | |
| 7 | | Loans to shareholders | | | | |
| 8 | | Mortgage and real estate loans | | | | |
| 9 | | Other investments (attach statement) | | | | |
| 10 a | | Buildings and other depreciable assets | 967,500 | | 967,500 | |
| | b | Less accumulated depreciation | ( 326,823 ) | 640,677 | ( 553,831 ) | 413,669 |
| 11 a | | Depletable assets | | | | |
| | b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | | Land (net of any amortization) | | | | |
| 13 a | | Intangible assets (amortizable only) | | | | |
| | b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | | Other assets (attach statement) | | | | |
| 15 | | Total assets | | 907,402 | | 281,002 |
| | | **Liabilities and Shareholders' Equity** | | | | |
| 16 | | Accounts payable | | | | |
| 17 | | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | | Other current liabilities (attach statement) | | | | |
| 19 | | Loans from shareholders | | | | |
| 20 | | Mortgages, notes, bonds payable in 1 year or more | | 224,302 | | 285,853 |
| 21 | | Other liabilities (attach statement) | | | | |
| 22 | | Capital stock | | | | |
| 23 | | Additional paid-in capital | | | | |
| 24 | | Retained earnings | | 683,100 | | (4,851) |
| 25 | | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | | Total liabilities and shareholders' equity | | 907,402 | | 281,002 |

EEA

Form **1120S** (2014)

893335

**Schedule K-1**
**(Form 1120S)**

Department of the Treasury
Internal Revenue Service

**2014**

For calendar year 2014, or tax
year beginning _____ , 2014
ending _____ , 20

☐ Final K-1      ☐ Amended K-1     OMB No. 1545-0123

**Part III** Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 13 | Credits |
| | 9,670 | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| | | A | 28,025 |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| | | C | 943 |
| 12 | Other deductions | | |
| A | 500 | | |
| | | 17 | Other information |

**Shareholder's Share of Income, Deductions, Credits, etc.**

▶ See page 2 of form and separate instructions.

**Part I** Information About the Corporation

A  Corporation's employer identification number
45-3574630

B  Corporation's name, address, city, state, and ZIP code
RIO CONSTRUCTION SERVICES LLC

PO BOX 598

BRIGHTON                  CO 80601

C  IRS Center where corporation filed return
OGDEN

**Part II** Information About the Shareholder

D  Shareholder's identifying number

E  Shareholder's name, address, city, state, and ZIP code
FABIAN MARIN

122 LAS LOMAS
BRIGHTON                  CO 80601

F  Shareholder's percentage of stock
ownership for tax year . . . . . . . . . . 100.000000 %

For IRS Use Only

* See attached statement for additional information.

For Paperwork Reduction Act Notice, see Instructions for Form 1120S.      IRS.gov/form1120S      Schedule K-1 (Form 1120S) 2014

EEA

**This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.**

| | | |
|---|---|---|
| 1. | **Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows: | |
| | | **Report on** |
| | Passive loss | See the Shareholder's Instructions |
| | Passive income | Schedule E, line 28, column (g) |
| | Nonpassive loss | Schedule E, line 28, column (h) |
| | Nonpassive income | Schedule E, line 28, column (j) |
| 2. | **Net rental real estate income (loss)** | See the Shareholder's Instructions |
| 3. | **Other net rental income (loss)** | |
| | Net income | Schedule E, line 28, column (g) |
| | Net loss | See the Shareholder's Instructions |
| 4. | **Interest income** | Form 1040, line 8a |
| 5a. | **Ordinary dividends** | Form 1040, line 9a |
| 5b. | **Qualified dividends** | Form 1040, line 9b |
| 6. | **Royalties** | Schedule E, line 4 |
| 7. | **Net short-term capital gain (loss)** | Schedule D, line 5 |
| 8a. | **Net long-term capital gain (loss)** | Schedule D, line 12 |
| 8b. | **Collectibles (28%) gain (loss)** | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| 8c. | **Unrecaptured section 1250 gain** | See the Shareholder's Instructions |
| 9. | **Net section 1231 gain (loss)** | See the Shareholder's Instructions |
| 10. | **Other income (loss)** | |

**Code**
| A | Other portfolio income (loss) | See the Shareholder's Instructions |
|---|---|---|
| B | Involuntary conversions | See the Shareholder's Instructions |
| C | Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub. 535 |
| E | Other income (loss) | See the Shareholder's Instructions |

| 11. | **Section 179 deduction** | See the Shareholder's Instructions |
|---|---|---|
| 12. | **Other deductions** | |

**Code**
| A | Cash contributions (50%) | |
|---|---|---|
| B | Cash contributions (30%) | |
| C | Noncash contributions (50%) | |
| D | Noncash contributions (30%) | |
| E | Capital gain property to a 50% organization (30%) | See the Shareholder's Instructions |
| F | Capital gain property (20%) | |
| G | Contributions (100%) | |
| H | Investment interest expense | Form 4952, line 1 |
| I | Deductions - royalty income | Schedule E, line 19 |
| J | Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| K | Deductions - portfolio (2% floor) | Schedule A, line 23 |
| L | Deductions - portfolio (other) | Schedule A, line 28 |
| M | Preproductive period expenses | See the Shareholder's Instructions |
| N | Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| O | Reforestation expense deduction | See the Shareholder's Instructions |
| P | Domestic production activities information | See Form 8903 instructions |
| Q | Qualified production activities income | Form 8903, line 7b |
| R | Employer's Form W-2 wages | Form 8903, line 17 |
| S | Other deductions | See the Shareholder's Instructions |

| 13. | **Credits** | |
|---|---|---|
| A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
| B | Low-income housing credit (other) from pre-2008 buildings | |
| C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | See the Shareholder's Instructions |
| D | Low-income housing credit (other) from post-2007 buildings | |
| E | Qualified rehabilitation expenditures (rental real estate) | |
| F | Other rental real estate credits | |
| G | Other rental credits | |
| H | Undistributed capital gains credit | Form 1040, line 73, box a |
| I | Biofuel producer credit | |
| J | Work opportunity credit | |
| K | Disabled access credit | See the Shareholder's Instructions |
| L | Empowerment zone employment credit | |
| M | Credit for increasing research activities | |

| | | **Report on** |
|---|---|---|
| N | Credit for employer social security and Medicare taxes | |
| O | Backup withholding | See the Shareholder's Instructions |
| P | Other credits | |
| 14. | **Foreign transactions** | |
| A | Name of country or U.S. possession | |
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at shareholder level | |

Foreign gross income sourced at corporate level
| D | Passive category | |
|---|---|---|
| E | General category | Form 1116, Part I |
| F | Other | |

Deductions allocated and apportioned at shareholder level
| G | Interest expense | Form 1116, Part I |
|---|---|---|
| H | Other | Form 1116, Part I |

Deductions allocated and apportioned at corporate level to foreign source income
| I | Passive category | |
|---|---|---|
| J | General category | Form 1116, Part I |
| K | Other | |

Other information
| L | Total foreign taxes paid | Form 1116, Part II |
|---|---|---|
| M | Total foreign taxes accrued | Form 1116, Part II |
| N | Reduction in taxes available for credit | Form 1116, line 12 |
| O | Foreign trading gross receipts | Form 8873 |
| P | Extraterritorial income exclusion | Form 8873 |
| Q | Other foreign transactions | See the Shareholder's Instructions |

| 15. | **Alternative minimum tax (AMT) items** | |
|---|---|---|
| A | Post-1986 depreciation adjustment | |
| B | Adjusted gain or loss | See the Shareholder's Instructions and the Instructions for Form 6251 |
| C | Depletion (other than oil & gas) | |
| D | Oil, gas, & geothermal - gross income | |
| E | Oil, gas, & geothermal - deductions | |
| F | Other AMT items | |

| 16. | **Items affecting shareholder basis** | |
|---|---|---|
| A | Tax-exempt interest income | Form 1040, line 8b |
| B | Other tax-exempt income | |
| C | Nondeductible expenses | See the Shareholder's Instructions |
| D | Distributions | |
| E | Repayment of loans from shareholders | |

| 17. | **Other information** | |
|---|---|---|
| A | Investment income | Form 4952, line 4a |
| B | Investment expenses | Form 4952, line 5 |
| C | Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| D | Basis of energy property | See the Shareholder's Instructions |
| E | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| F | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| G | Recapture of investment credit | See Form 4255 |
| H | Recapture of other credits | See the Shareholder's Instructions |
| I | Look-back interest - completed long-term contracts | See Form 8697 |
| J | Look-back interest - income forecast method | See Form 8866 |
| K | Dispositions of property with section 179 deductions | |
| L | Recapture of section 179 deduction | |
| M | Section 453(l)(3) information | |
| N | Section 453A(c) information | |
| O | Section 1260(b) information | |
| P | Interest allocable to production expenditures | See the Shareholder's Instructions |
| Q | CCF nonqualified withdrawals | |
| R | Depletion information - oil and gas | |
| S | Reserved | |
| T | Section 108(i) information | |
| U | Net investment income | |
| V | Other information | |

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) ▶ Attach to your tax return. ▶ Information about Form 4562 and its separate instructions is at www.irs.gov/form4562. | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | **2014** Attachment Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| RIO CONSTRUCTION SERVICES LLC | FORM 1120S | 45-3574630 |

**Part I**   **Election To Expense Certain Property Under Section 179**

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2013 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2015. Add lines 9 and 10, less line 12 ▶ | 13 | | |

**Note:** Do not use Part II or Part III below for listed property. Instead, use Part V.

**Part II**   **Special Depreciation Allowance and Other Depreciation** (Do not include listed property.) (See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

**Part III**   **MACRS Depreciation** (Do not include listed property.) (See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2014 | 17 | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B - Assets Placed in Service During 2014 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only-see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C - Assets Placed in Service During 2014 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 40-year | | | 40 yrs. | MM | S/L | |

**Part IV**   **Summary** (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | 227,008 |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions | 22 | 227,008 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | | |

For Paperwork Reduction Act Notice, see separate instructions.        Form **4562** (2014)

EEA

Form 4562 (2014)  RIO CONSTRUCTION SERVICES LLC                    45-3574630          | **Page 2**

| **Part V** | **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, certain computers, and property used for entertainment, recreation, or amusement.) |

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.)

24a  Do you have evidence to support the business/investment use claimed?  ☐ Yes ☐ No   24b If "Yes," is the evidence written?   ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ Investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) . . . . . . . . . . | | | | | | 25 | | |
| **26 Property used more than 50% in a qualified business use:** | | | | | | | | |
| Statement #50 | | % | | | | | 227,008 | |
| | | % | | | | | | |
| | | % | | | | | | |
| **27 Property used 50% or less in a qualified business use:** | | | | | | | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . | | | | | | 28 | 227,008 | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . | | | | | | | 29 | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**do not** include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 . . . . . . . | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.

| **Part VI** | **Amortization** |

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2014 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2014 tax year . . . . . . . . . . | | | | 43 | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . | | | | 44 | |

EEA                                                                                    Form 4562 (2014)

Form **7004**
(Rev. December 2012)
Department of the Treasury
Internal Revenue Service

**Application for Automatic Extension of Time To File Certain
Business Income Tax, Information, and Other Returns**

▶ File a separate application for each return.
▶ Information about Form 7004 and its separate instructions is at www.irs.gov/form7004.

OMB No. 1545-0233

**Print
or
Type**

| Name | Identifying number |
|---|---|
| RIO CONSTRUCTION SERVICES LLC | 45-3574630 |

Number, street, and room or suite no. (If P.O. box, see instructions.)

PO BOX 598

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).)

BRIGHTON                    CO    80601

**Note.** File request for extension by the due date of the return for which the ext. is granted. See inst. before completing this form.

| Part I | Automatic 5-Month Extension |
|---|---|

**1a**   Enter the form code for the return that this application is for (see below)   ●  . . . . . . . . .

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 1065 | 09 | Form 1041 (estate other than a bankruptcy estate) | 04 |
| Form 8804 | 31 | Form 1041 (trust) | 05 |

| Part II | Automatic 6-Month Extension |
|---|---|

**b**   Enter the form code for the return that this application is for (see below)   ●  . . . . . . . . .   2 5

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-POL | 21 |
| Form 1041-N (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041-N | 06 | Form 1120-REIT | 23 |
| Form 1041-QFT | 07 | Form 1120-RIC | 24 |
| Form 1042 | 08 | Form 1120S | 25 |
| Form 1065-B | 10 | Form 1120-SF | 26 |
| Form 1066 | 11 | Form 3520-A | 27 |
| Form 1120 | 12 | Form 8612 | 28 |
| Form 1120-C | 34 | Form 8613 | 29 |
| Form 1120-F | 15 | Form 8725 | 30 |
| Form 1120-FSC | 16 | Form 8831 | 32 |
| Form 1120-H | 17 | Form 8876 | 33 |
| Form 1120-L | 18 | Form 8924 | 35 |
| Form 1120-ND | 19 | Form 8928 | 36 |

**2**   If the organization is a foreign corporation that does not have an office or place of business in the United States, check here   . . . . . . . . . . . . ▶ ☐

**3**   If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here   . . . . . . . . . . . . ▶ ☐

If checked, attach a statement listing the name, address, and Employer Identification Number (EIN) for each member covered by this application.

| Part III | All Filers Must Complete This Part |
|---|---|

**4**   If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here   . . . . . . . ▶ ☐

**5a**   The application is for calendar year 20 **14**, or tax year beginning _____ , 20 ____ , and ending _____ , 20 ____

**b**   **Short tax year.** If this tax year is less than 12 months, check the reason:   ☐ Initial return   ☐ Final return
☐ Change in accounting period   ☐ Consolidated return to be filed   ☐ Other (see instructions-attach explanation)

| | | | | |
|---|---|---|---|---|
| **6** | Tentative total tax   . . . . . . . . . . . . . . . . | **6** | | 0 |
| **7** | **Total payments and credits** (see instructions)   . . . . . . . . . . . | **7** | | 0 |
| **8** | **Balance due.** Subtract line 7 from line 6 (see instructions)   . . . . . . . . . . . | **8** | | 0 |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.                    Form **7004**  (Rev. 12-2012)

EEA

| Federal Supporting Statements | 2014 | PG01 |
|---|---|---|

| Name(s) as shown on return | FEIN |
|---|---|
| RIO CONSTRUCTION SERVICES LLC | 45-3574630 |

### FORM 1120S LINE 19

Statement #2

| DESCRIPTION | AMOUNT |
|---|---|
| ACCOUNTING | 3,683 |
| AUTOMOBILE AND TRUCK EXPENSE | 9,630 |
| BANK CHARGES | 854 |
| CELL PHONE | 4,853 |
| GIFTS | 100 |
| INDEPENDENT CONTRACTOR | 1,025 |
| LEGAL AND PROFESSIONAL | 338 |
| 50% MEALS AND ENTERTAINMENT | 943 |
| OFFICE EXPENSE | 4,481 |
| OUTSIDE SERVICES/SUB CONTRACTORS | 140,311 |
| PAYROLL PROCESSING EXPENSE | 2,285 |
| POSTAGE/SHIPPING | 150 |
| TELEPHONE | 4,791 |
| TOOLS | 713 |
| TRAVEL | 3,370 |
| UNIFORMS | 2,034 |
| UTILITIES | 1,914 |
| WASTE REMOVAL | 480 |
| BACKGROUND CHECK | 1,328 |
| BOND INSURANCE | 500 |
| BONDS | 1,256 |
| BUSINESS EXPENSE | 27,283 |
| TRUCK WASH | 18,464 |
| TRUCK AND EQUIPMENT FUEL | 300,094 |
| TRUCK AND EQUIPMENT PARTS | 280,088 |
| TRUCK AND EQUIPMENT TIRES | 56,753 |
| TRUCK EMMISSIONS | 380 |
| TRUCK AND EQUIPMENT INSURANCE | 1,266 |
| LOCKSMITH | 50 |
| TRUCK LICENSE PLATES | 9,560 |
| STORAGE | 1,710 |
| TOLLS | 305 |
| TRUCK REPAIRS AND MAINTENANCE | 130,895 |
| TOTAL | 1,011,887 |

STATMENT.LD

| **Federal Supporting Statements** | **2014** | **PAGE 1** |
|---|---|---|
| Name(s) as shown on return | FEIN | |
| RIO CONSTRUCTION SERVICES LLC | 45-3574630 | |

### FORM 1120S, SCHEDULE K, LINE 12a

Statement #9

| **DESCRIPTION** | **AMOUNT** |
|---|---|
| CASH CONTRIBUTIONS (50%) | 500 |
| TOTAL | 500 |

**PG01**

### SCHEDULE M-2 LINE 5

Statement #30

| **DESCRIPTION** | **AMOUNT** |
|---|---|
| CONTRIBUTIONS | 500 |
| NONDEDUCTIBLE EXPENSES | 943 |
| TOTAL | 1,443 |

STATMENT.LD

# Federal Supporting Statements

| | |
|---|---|
| Name(s) as shown on return | Your Social Security Number |
| RIO CONSTRUCTION SERVICES LLC | 45-3574630 |

2014     PG01

Statement #50

## FORM 4562 - LINE 26

| DESCRIPTION | DATE | %BUS | COST | DEPR BASIS | RP | METHOD | DEDUCTION | 179 DED |
|---|---|---|---|---|---|---|---|---|
| 290 VOLVO EXCAVATOR | 01-01-2012 | 100 | 90,000 | 90,000 | 5 | 200DBHY | 17,280 | |
| 1-90 VOLVO LOADER | 01-01-2012 | 100 | 90,000 | 90,000 | 5 | 200DBHY | 17,280 | |
| 2007 PETERBILT 379 | 01-01-2012 | 100 | 40,000 | 40,000 | 5 | 200DBHY | 7,680 | |
| 2000 KENWORTH T2000 DT | 01-01-2012 | 100 | 28,000 | 28,000 | 5 | 200DBHY | 5,376 | |
| 1995 KENWORTH T800 DT | 01-01-2012 | 100 | 18,000 | 18,000 | 5 | 200DBHY | 3,456 | |
| 1995 KENWORTH T800 DT | 01-01-2012 | 100 | 12,000 | 12,000 | 5 | 200DBHY | 2,304 | |
| 1996 KENWORTH KW-W900 | 01-01-2012 | 100 | 27,000 | 27,000 | 5 | 200DBHY | 5,184 | |
| 2006 RANCO BELLY DUMP | 01-01-2012 | 100 | 27,000 | 27,000 | 5 | 200DBHY | 5,184 | |
| HP COMPUTER | 01-01-2012 | 100 | 500 | 500 | 3 | 200DBHY | 74 | |
| HP PRINTER | 01-01-2012 | 100 | 100 | 100 | 3 | 200DBHY | 44 | |
| APPLE COMPUTER | 01-01-2012 | 100 | 1,000 | 1,200 | 3 | 200DBHY | 178 | |
| 1993 PETERBILT TR 501 | 05-01-2013 | 100 | 20,000 | 20,000 | 5 | 200DBHY | 6,400 | |
| 1995 PETERBILT TT 379 504 | 09-01-2012 | 100 | 18,000 | 18,000 | 5 | 200DBHY | 3,456 | |
| 1995 PETERBILT TT 379 503 | 06-01-2013 | 100 | 15,000 | 15,000 | 5 | 200DBHY | 4,800 | |
| 1996 KENWORTH TR RC 10 | 07-01-2013 | 100 | 20,000 | 20,000 | 5 | 200DBHY | 6,400 | |
| 2004 KENWORTH 77 | 07-01-2013 | 100 | 18,000 | 18,000 | 5 | 200DBHY | 5,760 | |
| 2004 KENWORTH TT 0490 | 07-01-2013 | 100 | 18,000 | 18,000 | 5 | 200DBHY | 5,760 | |
| 2004 KENWORTH TT 528 | 07-01-2013 | 100 | 18,000 | 18,000 | 5 | 200DBHY | 5,760 | |
| 2003 LIDL FIT GOOSNECK | 10-20-2013 | 100 | 6,000 | 6,000 | 5 | 200DBHY | 1,920 | |
| 2004 TRL-UT2 TL FLATBED | 10-20-2013 | 100 | 2,000 | 2,000 | 5 | 200DBHY | 640 | |
| 1997 DOOM TR DROP DECH | 06-01-2013 | 100 | 8,500 | 8,500 | 5 | 200DBHY | 2,720 | |
| 1995 TL SYR TRAILER VAN | 10-01-2013 | 100 | 3,000 | 3,000 | 5 | 200DBHY | 960 | |
| 2005 FORD F250 | 03-01-2012 | 100 | 23,000 | 23,000 | 5 | 200DBHY | 4,416 | |
| 2013 RANCO UT2 BELLY DUMP | 05-01-2012 | 100 | 40,000 | 40,000 | 5 | 200DBHY | 7,680 | |
| 2013 TRLR TY OD OLY SIDE DUMP | 10-01-2011 | 100 | 50,000 | 50,000 | 5 | 200DB&Q | 6,840 | |
| 2013 FORD F350 | 02-01-2013 | 100 | 60,000 | 60,000 | 5 | 200DBHY | 19,200 | |
| 2014 TRLR TY RD TRL UT BELLY DUMP | 05-01-2012 | 100 | 42,000 | 42,000 | 5 | 200DBHY | 8,064 | |
| 2014 TRLR TY TRL UT BELLY DUMP | 06-01-2012 | 100 | 35,000 | 35,000 | 5 | 200DBHY | 11,200 | |
| 2014 MANA TRL UT2 BELLY DUMP | 05-01-2012 | 100 | 42,000 | 42,000 | 5 | 200DBHY | 8,064 | |
| 2014 RAM PK 2500 | 10-01-2013 | 100 | 65,000 | 65,000 | 5 | 200DBHY | 20,800 | |
| 2003 FORD F350 | 08-01-2010 | 100 | 15,000 | 15,000 | 5 | 200DBHY | 1,728 | |
| 2014 RAM DLY PK 3500 | 12-01-2013 | 100 | 65,000 | 65,000 | 5 | 200DBHY | 20,800 | |
| 2013 FORD F150 | 02-01-2012 | 100 | 50,000 | 50,000 | 5 | 200DBHY | 9,600 | |
| TOTAL | | | | | | | 227,008 | |

STM-LD

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RIO CONSTRUCTION SERVICES, LLC | ) | Case No. 16- |
| | ) | |
| EIN: 45-3574630 | ) | |
| | ) | |
| Debtor. | ) | |

The Debtor does not maintain a cash flow statement.

# United States Bankruptcy Court
## District of Colorado

In re  __Rio Construction Services, LLC__ _____    Case No. _____
                              Debtor(s)            Chapter  __11__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __4-4-2016_____

                         _____
                         Fabian Marin/Manager
                         Signer/Title

2700 East Bridge, LLC
2700 East Bridge Street
Suite A
Brighton, CO 80601


Ally
P.O. Box 380902
Minneapolis, MN 55438-0902


Ally
Payment Processing Center
P.O. Box 78234
Phoenix, AZ 85062-8234


American Express
c/o Vinci Law Office, LLC
2250 South Oneida Street
Suite 303
Denver, CO 80224


Axis Capital, LLC
308 North Locust Street
Grand Island, NE 68801


Chrysler Capital
P.O. Box 660335
Dallas, TX 75266-0335


Chrysler Capital
ATTN Bankruptcy Department
P.O. Box 961278
Fort Worth, TX 76161-1278


Colorado Depart. of Labor & Employment
633 17th Street, Suite 201
Denver, CO 80202

Colorado Department of Labor & Employmen
Unemployment Insurance Employer Services
P.O. Box 956
Denver, CO 80201-0956


Comcast
P.O. Box 34227
Seattle, WA 98124-1227


E-470 Public Highway Authority
P.O. Box 5470
Denver, CO 80217-5470


Front Range Kubota
77983 Cherrywood Loop
Kiowa, CO 80117


Go-Pass
c/o Northwest Parkway
3701 Northwest Parkway
Broomfield, CO 80023


Greene Bros. LP Gas & Oil
P.O. Box 22
Fort Lupton, CO 80621


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Insolvency Unit
1999 Broadway
MS 5012 DEN
Denver, CO 80202-3025

Kubota Credit Corporation
ATTN  Citibank Lockbox #2313
8430 WestBryn Mawr
3rd Floor
Chicago, IL 60631


Kubota Credit Corporation, USA
4400 Amon Carter Blvd.
Suite 100
Fort Worth, TX 76155


Kubota Credit Corporation, USA
P.O. Box 0559
Carol Stream, IL 60132-0559


Kubota Credit Corporation, USA
3401 Del Amo Blvd.
Torrance, CA 90503


Linebarger Goggan Blair & Sampson
The Cleveland Office Building
1515 Cleveland Place, Suite 300
Denver, CO 80202


Mitchell D. Cohen, Esq.
Vedder Price, P.C.
1633 Broadway
47th Floor
New York, NY 10019


Office of the Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Suite 4400
Washington, DC 20530-0001


Office of the US Attorney
District of Colorado
1225 Seventeenth Street, Suite 700
Denver, CO 80202-5598

Park Western Leasing, Inc.
13949 West Colfax Avenue
Suite 200
Golden, CO 80401-3209


Quad City Tire Colorado
P.O. Box 1213
Bedford Park, IL 60499


Sam Trucking, LLC
11965 Tower Road
Commerce City, CO 80022


Skybeam of Colorado
c/o Credit Management, LP
4200 International Parkway
Carrollton, TX 75007-1912


Taylor & Sons Enterprises, LLC
d/b/a The North Station
7984 Highway 85
Fort Lupton, CO 80621


U.S. Department of Labor
Occupational Safety & Health Administrat
Washington, DC 20210


U.S. Department of Labor - OSHA
Delinquent Accounts Collection Service
P.O. Box 2422
Washington, DC 20013


Valley Bank and Trust


Wagner Equipment Co.
P.O. Box 919000
Denver, CO 80291-9000

Wagner Equipment Co.
P.O. Box 17620
Denver, CO 80217-0620


Wagner Rents
18000 Smith Road
Aurora, CO 80011


Wagner Rents
4000 Osuna Road, NE
Albuquerque, NM 87109